Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| *ROLANDO FERNANDEZ,*<br><br>　　　　　*Petitioner,*<br>　vs.<br><br>W.L. MONTGOMERY, Warden, Calipatria State Prison,<br>　　　　　*Respondent.*<br><br>*PEOPLE OF THE STATE OF CALIFORNIA,*<br>　　　　　*Real Party in Interest.* | No. 3:13-cv-02296-HSG<br><br>~~(PROPOSED)~~ ORDER GRANTING 30-DAY EXTENSION OF TIME TO FILE TRAVERSE |

### ~~(PROPOSED)~~ ORDER GRANTING 30-DAY EXTENSION OF TIME TO FILE TRAVERSE

Good cause appearing, this court grants petitioner a 30-day extension of time to file his traverse and reply memorandum, from Wednesday, August 5, 2015, to and including Friday, September 4, 2015

Dated: 8/5/2015

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

~~Proposed~~ Order Granting 30- Day Extension of Time to File Traverse