ORIGINAL                                                                                          ORIGINAL

Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for Petitioner
ROLANDO FERNANDEZ

# United States District Court
## Northern District of California
### San Francisco Courthouse

| | |
|---|---|
| ROLANDO FERNANDEZ,<br><br>       Petitioner,<br>       v.<br><br>W L MONTGOMERY, Warden,<br><br>       Respondent,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       Real Party in Interest. | No. **3:13-CV-02296-HSG**<br><br>JUDGMENT |

## JUDGMENT

The Court, having denied the petition for writ of habeas corpus on April 19, 2016, hereby enters judgment in favor of Respondent and against Petitioner.

IT IS SO ORDERED.

Dated: San Francisco, California, _____ May 11, 2016.

_____
Haywood S. Gilliam, Jr.
United States District Judge